Omari E. CLARK, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 150, 2017

Supreme Court of Delaware.

Submitted: December 13, 2017

Decided: January 10, 2018

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1006026385

AFFIRMED.

Juan ORTIZ, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 650, 2015

Supreme Court of Delaware.

Submitted: January 10, 2018

Decided: January 11, 2018

Court Below: Superior Court of the State of Delaware

AFFIRMED.

Christianne M. HAGGERTY, Appellant Below, Appellant,

v.

BOARD OF PENSION TRUSTEES of the State of Delaware and the Delaware Office of Pensions, Appellees Below, Appellees.

No. 203, 2017

Supreme Court of Delaware.

Submitted: October 27, 2017

Decided: January 16, 2018

Reargument Denied January 22, 2018

Court Below—Superior Court of the State of Delaware, C.A. No. N16A–08–001 (N)

AFFIRMED.